NUMBER 13-09-00323-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HINO ELECTRIC HOLDING COMPANY 

D/B/A HINO ELECTRIC POWER COMPANY, APPELLANT,


v.



CITY OF HARLINGEN, APPELLEE._____________________________________________________________


On Appeal from the 357th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Hino Electric Holding Company d/b/a Hino Electric Power Company,
attempted to perfect an appeal from an order entered by the 357th District Court of
Cameron, County, Texas, in cause no. 2009-03-1952-E. On July 16, 2009, appellee filed
a motion to dismiss for lack of jurisdiction. Upon review of the documents before the Court,
it appeared that the order from which this appeal was taken was not a final appealable
order. The Clerk of this Court notified appellant of this defect so that steps could be taken
to correct the defect, if it could be done. See Tex. R. App. P. 37.1, 42.3. The Court
requested that appellant file a response indicating whether this Court has jurisdiction and
if the defect was not corrected, the appeal would be dismissed for want of jurisdiction. 
Appellant responded that it requested the Court make a determination of the finality of the
trial court's order.

The Court, having considered the documents on file and appellant's failure to correct
the defect in this matter, is of the opinion that the appeal should be dismissed for want of
jurisdiction. See id. Appellee's motion to dismiss the appeal for lack of jurisdiction is
GRANTED and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. See
id. 42.3(b),(c).


 PER CURIAM


Memorandum Opinion delivered and filed 

this the 17th day of September, 2009.